UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF EVELYN L. VALADEZ; KAREN BECKMANN; VICTORIA A. KOEGEL; JUDITH E. LAFFAY; PETER E. VALADEZ; UNKNOWN HEIRS AND LEGATEES OF EVELYN L. VALADEZ; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, <br><br> Defendants. | ) <br> ) <br> ) Case No.13-cv-5301 <br> ) <br> ) <br> ) <br> ) <br> ) Judge: James B. <br> )  Zagel <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Magistrate Judge: <br> ) Sheila M. Finnegan <br> ) |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

                                                                                           Respectfully submitted,

                                                                                           ZACHARY T. FARDON

                                                                                           United States Attorney

                                                                                           By: *s/Caleb J. Halberg*
                                                                                              CALEB J. HALBERG
                                                                                              Attorney for the United States
                                                                                              223 W. Jackson Blvd., Suite 610
                                                                                              Chicago, IL 60606
                                                                                               (312) 263-0003
                                                                                              chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on April 4, 2014, and on the following non-ECF filers by first class mailing:

William P. Butcher as Special Representative
for the Estate of Evelyn L. Valadez
2044 Ridge Road
Homewood, IL 60430

Karen E. Beckmann
154 Dato Drive
Streamwood, IL  60107

Victoria A. Koegel
21458 Settlers Pond Dr.
Frankfort, IL  60423

Judith E. Laffay
846 Bellerive Manor Dr.
St. Louis, MO  63141

Peter E. Valadez
17230 Long Bow Drive
Lockport, IL  60441

Unknown Heirs and Legatees
of  Estate of Evelyn L. Valadez
7730 S Kilbourn Ave.
Chicago, Illinois 60652

Unknown Owners and Non-Record
7730 S Kilbourn Ave.
Chicago, Illinois 60652

                                                                               *s/Caleb J. Halberg*
                                                                          CALEB J. HALBERG
                                                                          Attorney for the United States
                                                                          223 W. Jackson Blvd., Suite 610
                                                                          Chicago, IL 60606
                                                                          (312) 263-0003
                                                                          chalberg@potestivolaw.com